No. A–811. MITCHELL ET AL. *v.* UNITED STATES. Application for release pending appeal, presented to JUSTICE MARSHALL, and by him referred to the Court, denied. JUSTICE MARSHALL took no part in the consideration or decision of this application.

No. D–706. IN RE DISBARMENT OF PURVIS. It is ordered that Charles M. Purvis, of Birmingham, Ala., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 86–1904. ARIZONA *v.* YOUNGBLOOD. Ct. App. Ariz. [Certiorari granted, *ante,* p. 903.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 87–1095. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR *v.* BROYLES ET AL. C. A. 4th Cir. [Certiorari granted, *ante,* p. 987.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 87–6618. IN RE HARRIS. Petition for writ of mandamus denied.

No. 87–1064. UNITED STATES *v.* STUART ET AL. C. A. 9th Cir. Certiorari granted.

No. 87–1040. MILLER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–1291. STOKWITZ *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–1317. GUSTE, ATTORNEY GENERAL OF LOUISIANA, ET AL. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.